**OCEAN HILL JOINT VENTURE v. CURRITUCK CTY. BD. OF COMM'RS**

[361 N.C. 228 (2007)]

OCEAN HILL JOINT VENTURE; OCEAN HILL PROPERTIES, INC.; THE VILLAGES AT OCEAN HILL COMMUNITY ASSOCIATION, INC.; ERNEST WOOD AND WIFE, JANE WOOD; RICHARD GONZALEZ AND WIFE, DEBRA GONZALEZ; ROSALEE CHIARA; ROBERT RAMIREZ AND WIFE, JANICE SERINO; GARY ROBINSON AND WIFE, SUSAN ROBINSON; DANIEL HUNT AND WIFE, CATHY HUNT; BARRY HEYMAN AND WIFE, ELLEN HEYMAN; STEPHEN DAIMLER AND WIFE, CAROL DAIMLER; DAVID BOVA AND WIFE, CARRIE BOVA, PETITIONERS v. THE CURRITUCK COUNTY BOARD OF COMMISSIONERS AND OCEAN HILL I PROPERTY OWNERS ASSOCIATION, INC., RESPONDENTS

No. 382PA06

(Filed 9 March 2007)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 178 N.C. App. 182, 630 S.E.2d 714 (2006), finding no error in a judgment entered on 10 March 2005 and an order dated 1 April 2005, both entered by Judge J. Richard Parker in Superior Court, Currituck County. Heard in the Supreme Court 13 February 2007.

*C. Everett Thompson, II, for petitioner-appellees.*

*Katherine F. McKenzie for respondent-appellant Currituck County Board of Commissioners; and Robinson, Bradshaw & Hinson, P.A., by John R. Wester and Jonathan C. Krisko, and Trimpi & Nash, LLP, by Thomas P. Nash, IV, for respondent-appellant Ocean Hill I Property Owners Association, Inc.*

*Andrew L. Romanet, Jr., General Counsel, and Gregory F. Schwitzgebel, III, Senior Assistant General Counsel, North Carolina League of Municipalities, amicus curiae.*

*Robert E. Hagemann, Senior Assistant City Attorney, and Ashley R. Heaton, Assistant City Attorney, City of Charlotte, amicus curiae.*

*Ellis & Winters LLP, by Matthew W. Sawchak and Julia F. Youngman, for North Carolina Association of County Commissioners, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.